# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Federal Trade Commission, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Sanford Health, et. al., | ) | |
| | ) | Case No. 1:17-cr-133 |
| Defendants. | ) | |

Before the court are motions for attorneys Stephanie Cummings, Laura K. Krachman, Neal J. Perlman, Cathleen V. Williams, and Emily C. Bowne to appear *pro hac vice* on behalf of the Federal Trade Commission. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Stephanie Cummings, Laura K. Krachman, Neal J. Perlman, Cathleen V. Williams, and Emily C. Bowne have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Accordingly, the motions (Docket Nos. 13-17) are **GRANTED**. Attorneys Stephanie Cummings, Laura K. Krachman, Neal J. Perlman, Cathleen V. Williams, and Emily C. Bowne are admitted to practice before this court in the above-entitled action on behalf of the Federal Trade Commission.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court