# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Federal Trade Commission, and | ) | |
| State of North Dakota, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Sanford Health, | ) | |
| Sanford Bismarck, and | ) | |
| Mid Dakota Clinic, P.C., | ) | Case No. 1:17-cr-133 |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding is this case.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2017.

>                     */s/ Charles S. Miller, Jr.*
>                     Charles S. Miller, Jr., Magistrate Judge
>                     United States District Court