Local AO 450 (rev. 5/10)

# United States District Court
### District of North Dakota

Federal Trade Commission and
State of North Dakota,

          Plaintiffs,

vs.

Sanford Health, Sanford Bismarck,
and Mid Dakota Clinic, P.C.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  1:17-cv-133

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the court's order filed December 13, 2017 and the findings of fact and conclusions of law contemporaneously with the order, the plaintiffs' motion for a preliminary injunction is granted.

Date: December 14, 2017

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Leah Riveland-Foster, Deputy Clerk*