# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  17-3783
_____

Federal Trade Commission; State of North Dakota

Plaintiffs - Appellees

v.

Sanford Health; Sanford Bismarck; Mid-Dakota Clinic, P.C.

Defendants - Appellants

------------------------------

State of Minnesota; State of Alaska; State of California; State of Delaware; State of Hawaii; State of Idaho; State of Iowa; State of Mississippi; State of Massachusetts; State of Pennsylvania; Puerto Rico; State of Wyoming

Amici on Behalf of Appellee(s)
_____

Appeal from U.S. District Court for the District of North Dakota - Bismarck
(1:17-cv-00133-ARS)
_____

## JUDGMENT

Before COLLOTON, SHEPHERD and STRAS, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district

court in this cause is affirmed in accordance with the opinion of this Court.

June 13, 2019


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans